UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Samuel Ankrah, A 40 396 827,<br>    Petitioner<br>v.<br>Alberto Gonzales, Attorney General, et al.,<br>    Respondents | Docket No. 3:06cv554(PCD)<br><br>June 20, 2006 |

## ADDITIONAL EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

                                                                                                    Pg
BIA decision denying bond appeal, 6/8/06 .................................................................. 1


                            Respectfully submitted for
                            Petitioner Samuel Ankrah, by

                            /s/

                            Justin Conlon,
                            federal bar ct 26187
                            Law Offices of Michael Boyle
                            250 State Street, Unit C2
                            P.O. Box 335
                            North Haven, CT 06473
                            203 239-2299, fax 203 985-8207

1

 

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

| | |
|---|---|
| **JUSTIN CONLON**<br>250 State Street. lmot C-2<br>P.O. Box 335<br>North Haven, CT 06473-0335 | **U.S. INS/HAR**<br>450 Main St, Room 483<br>Hartford, CT 06103-3060 |

**Name: ANKRAH, SAMUEL EDWIN NII ANKRA**          A40-396-827

<u>D</u>ate of this notice: 06/08/2006

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

*/s/ F.F.K.*

Frank Krider
Chief Clerk

Enclosure

Panel Members:
    HESS, FRED

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:  A40-396-827 - Hartford                                                  Date:   JUN  8 2006

In re: ANKRAH, SAMUEL EDWIN NII ANKRA

IN BOND PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: JUSTIN CONLON

ORDER:

   PER CURIAM.  The Board affirms, without opinion, the results of the decision below.  The decision below is, therefore, the final agency determination.  *See* 8 C.F.R. § 1003.1(e)(4).

FOR THE BOARD

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following was served by electronically on AUSA Douglas Morabito, Office of the U.S. Attorney, 157 Church St., New Haven, CT 06473.

/s/
Justin Conlon