UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Samuel Ankrah, A 40 396 827,<br>    Petitioner<br>v.<br>Alberto Gonzales, Attorney General, et al.,<br>    Respondents | Docket No. 3:06cv554(PCD)<br><br>August 25, 2006 |

## ADDITIONAL EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

                                                                                                            Pg
BIA decision denying merits appeal, 6/19/06 ................................................................ 1
Petition for review, July 18, 2006.................................................................................... 3
Docket sheet from Second Circuit .................................................................................. 5


Respectfully submitted for
Petitioner Samuel Ankrah, by

/s/

Justin Conlon,
federal bar ct 26187
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
203 239-2299, fax 203 985-8207

1



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

Justin Conlon
250 State Street, Unit C-2
P.O. Box 335
North Haven, CT  06473-0335

U.S. INS/HAR
450 Main St, Room 483
Hartford, CT  06103-3060

Name: ANKRAH, SAMUEL EDWIN NII ANKRA            A40-396-827

Date of this notice: 06/19/2006

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Frank Krider
Chief Clerk

Enclosure

Panel Members:
    O'Leary, Brian M.

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:   A40 396 827 - Somers, Connecticut

Date: JUN 1 9 2006

In re: SAMUEL EDWIN NII ANKRA ANKRAH

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Justin Conlon, Esquire

ORDER:

PER CURIAM. The respondent has appealed rom the Immigration Judge's decision dated March 8, 2006. The issue in this case is whether the respondent has established citizenship through subsection three of section 321(a) of the Immigration and Nationality Act and, specifically, whether he has established that he has not been legitimated. On August 24, 2005, the Immigration Judge denied the respondent's motion to terminate proceedings and ordered him removed to Ghana. We remanded the matter to the Immigration Judge on January 26, 2006, instructing the Immigration Judge to assess the credibility of the testimony proffered in support of the respondent's claim to citizenship. At the remanded hearing the Immigration Judge entertained further testimony regarding the respondent's claim but ultimately determined that the respondent failed to meet his burden of proof. We will dismiss the respondent's appeal.

We understand the Immigration Judge to view himself unable to make a reasonably certain determination as to whether the respondent's mother and aunt were telling the truth regarding the circumstances surrounding the respondent's birth as it relates to legitimation under Ghanaian law. While the Immigration Judge did not treat the respondent's mother and aunt as liars, we understand his decision as not affirmatively crediting their account in light of the limited evidence of Ghanaian law as it relates to legitimation and in the face of contradictory evidence noted by the Immigration Judge. Given the presumption arising from the respondent's birth abroad and the conflicting evidence in this case (both as to the facts and the legal requirements for legitimation in Ghana), the Immigration Judge reasonably concluded that the respondent had not substantiated his citizenship claim. *Matter of Leyva*, 16 I&N Dec. 118 (BIA 1977); see *Rodriguez-Tejedor*, 23 I&N Dec. 153 (BIA 2001); *Matter of A-M-*, 7 I&N Dec. 332 (BIA 1956). Accordingly, the appeal is dismissed.

Brian M O'Leary
FOR THE BOARD

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| Samuel Ankrah,<br>              Petitioner<br>v.<br>Alberto Gonzalez, Attorney General,<br>              Respondent | Petition for Review |

Samuel Ankrah, file number A 40 396 827- Hartford, hereby petitions this court for review of the decision of the Board of Immigration Appeals, dated June 19, 2006. The BIA erred when it held that the petitioner is not a U.S. citizen and thus subject to removal.

dated: July 18, 2006

Justin Conlon,
Attorney for Petitioner
federal bar ct26187
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473-0335
phone 203 239-2299, fax 203 985-8207

## CERTIFICATION OF SERVICE

I hereby certify that on July 18, 2006 a copy of the foregoing was mailed by first class mail, postage prepaid, to:

    Office of the U.S. Attorney, Civil Division
    86 Chambers Street, 4th Fl., New York, NY 10007;

    Alberto Gonzalez, Attorney General
    Department of Justice, 10th and Constitution, NW
    Washington, D.C. 20530;

    Bruce Chadbourne, District Director
    DHS ICE, JFK Federal Building
    Boston, MA 02203; and

    DHS Office of District Counsel
    450 Main Street, Room 483
    Hartford, CT 06103.

Justin Conlon

# General Docket
## US Court of Appeals for the Second Circuit

Second Circuit Court of Appeals

INDIV

OPEN

Court of Appeals Docket #:     06-3398-ag
Nsuit :

Ankrah v. Gonzales                              Filed   7/19/06

Appeal       Immigration & Naturalization Service
from:

Case type information:

    Agency

    Petition for Review

    None

Lower court information:

    District:     A40-396-827

    Trial Judge:

    MagJudge:

    Date Filed:

    Date order/judgement:

    Date NOA filed:  7/19/2006

Fee status: Due

Panel Assignment:

Panel:

Date of decision:

Prior cases:  NONE

Current cases NONE

Official Caption 1/

INDIV

OPEN

```
-------------------------------------------
Docket No. [s] : 06-3398 -ag

Samuel Edwin Nii Ankra Ankrah,

        Petitioner,

v.

Alberto  Gonzales, Attorney General,

        Respondent.

-------------------------------------------



Authorized Abbreviated Caption 2/
-------------------------------------------
Docket No. [s] : 06-3398 -ag

Ankrah   v.   Gonzalez
-------------------------------------------



-----------------------------------------------------------
-------------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.
```

Docket as of   August 23, 2006   10:33 pm                    Page   2

                                                             INDIV

                                                             OPEN

Samuel Edwin Nii Ankra Ankrah     Justin  Conlon Esq.

Petitioner                        [ LD ret ]
                                  Law Office of Michael Boyle

                                  250 State Street, Unit C2
                                  North Haven , CT , 06473

                                  203-239-2299

Alberto  Gonzales                 Sarah  Maloney Esq.

Respondent                        [ LD ret ]
                                  U.S. Department of Justice,
                                  Civil Division
                                  Office of Immigration
                                  Washington , DC , 200448

                                  202-616-1436

Docket as of   August 23, 2006   10:33 pm                    Page   3

INDIV

OPEN

| | |
|---|---|
| 7/19/06 | Case Docketed: Petition for review of agency order on behalf of PETITIONER Samuel Ankrah, filed. [BM] |
| 7/19/06 | Copy of agency decision and order dated 6/19/2006, filed. [BM] |
| 7/19/06 | Copy of agency decision and order dated 1/26/2006, filed. [BM] |
| 7/24/06 | Served copy of petition under cover letter on respondent. [BM] |
| 7/24/06 | Letter sent to PETITIONER Samuel Ankrah, giving 10 days from date to either pay the fee or file a motion for ifp. [BM] |
| 7/28/06 | PETITIONER Samuel Ankrah, Form C/A filed, with proof of service. [BM] |
| 7/28/06 | Copy of receipt re: payment of docketing fee filed on behalf of PETITIONER Samuel Ankrah, . RECEIPT # 184373. [BM] |
| 8/3/06 | Telephonic Pre-Argument Conference Notice and Order from Vidya Kurella, Scheduled For: August 18, 2006 at 11:00am, Filed. [BM] |
| 8/3/06 | Scheduling order #1 filed. Petitioners brief due 9/18/2006. Respondents brief due 10/18/2006. Ready week 12/4/2006. (VK) [BM] |
| 8/10/06 | Notice of appeal acknowledgment letter from Sarah Maloney received. [DC] |
| 8/17/06 | Notice of appeal acknowledgment letter from Justin Conlon received. [BM] |
| 8/18/06 | Amended Pre-Argument Conference Notice and Order from Vidya Kurella, Re-Scheduled For: August 31, 2006 at 3:00pm, Filed. [BM] |

Docket as of   August 23, 2006   10:33 pm                    Page   4

INDIV

OPEN

| | |
|---|---|
| 8/23/06 | Notice to counsel in re: Order dated 8/18/2006. [BM] |

Docket as of   August 23, 2006   10:33 pm                    Page   5

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/25/2006 14:41:41 | | | |
| PACER Login: | mb1271 | Client Code: | |
| Description: | dkt report | Case Number: | 06-3398 |
| Billable Pages: | 4 | Cost: | 0.32 |

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following was served by electronically on AUSA Douglas Morabito, Office of the U.S. Attorney, 157 Church St., New Haven, CT 06473 on August 25, 2006.

/s/
Justin Conlon